

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00101-CV
## No. 10-15-00108-CV

## IN THE INTEREST OF J.T., A CHILD
## AND
## IN THE INTEREST OF M.K., A CHILD

_____

**From the 74th District Court**
**McLennan County, Texas**
**Trial Court No. 2013-2639-3 and 2013-154-3**

---

# O R D E R

---

These appeals were referred to mediation by order issued on April 30, 2015. Appellant, William Kent, filed motions requesting an extension of time to file his brief in both appeals until after mediation is completed. His brief was due in case number 10-15-00101-CV on April 22, 2015 and in case number 10-15-00108-CV, on April 23, 2015. Appellant asserts that filing the briefs may prejudice the chances of a successful mediation. Appellant's motions are granted in part and denied in part.

In the April 30, 2015 order, we stated that the mediation process did not suspend any appellate deadlines and that appellate timetables would remain in effect during the

course of mediation. This would include the filing of appellant's brief. Furthermore, the certificate of conference in each motion indicates that the State's attorney and appellant Ashley Dawn Tindall's attorney could not be reached to confer on the motion. Without knowing the position of the other parties regarding the motion, we are reluctant to extend the briefing due date until the conclusion of mediation, an uncertain date in the future.

Due to the time constraints in termination appeals, we grant only a portion of the extensions requested. Accordingly, the due date for the briefs are extended to seven days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted in part and denied in part
Order issued and filed May 14, 2015

